\*E-FILED: March 27, 2012\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLYSON A. MALEK, 21 MENTONE ROAD TRUST, SAFWAT MALEK,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON MUTUAL BANK, F.A. (WAMU); J.P. MORGAN CHASE BANK, N.A. (JPM); J.P. MORGAN CHASE & CO. (JPMCC); CHASE HOME FINANCE, LLC (CHF); CALIFORNIA RECONVEYANCE COMPANY (CRC); DEUTSCH BANK NATIONAL TRUST COMPANY (DB); and DOES 1 through X, inclusive,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C12-00432 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

　　One or more parties having failed to file either a consent or declination to proceed before a United States Magistrate Judge as required by Civil Local Rule 73 and orders of this court, the clerk shall reassign this case to a District Judge. All scheduled appearances and noticed motion hearings are vacated.

　　SO ORDERED.

Dated: March 27, 2012

　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1 5:12-cv-00432-HRL Notice has been electronically mailed to:

2 Charles Kozak    kozak131@attbi.com

3 Charles Scott Greene    scott.greene@bryancave.com

4 Lily Rose Robinton    lily.robinton@bryancave.com, dominic.sims@bryancave.com, terri.parafina@bryancave.com

5 Sean David Muntz    sean.muntz@bryancave.com

7 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.