1

2          *E-FILED: March 27, 2012*

3

4

5

6

7                        NOT FOR CITATION

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  ALLYSON A. MALEK, 21 MENTONE ROAD          No. C12-00432 HRL
    TRUST, SAFWAT MALEK,
12                                             **ORDER THAT CASE BE REASSIGNED**
            Plaintiffs,                        **TO A DISTRICT JUDGE**
13
      v.
14
    WASHINGTON MUTUAL BANK, F.A.
15  (WAMU); J.P. MORGAN CHASE BANK, N.A.
    (JPM); J.P. MORGAN CHASE & CO.
16  (JPMCC); CHASE HOME FINANCE, LLC
    (CHF); CALIFORNIA RECONVEYANCE
17  COMPANY (CRC); DEUTSCH BANK
    NATIONAL TRUST COMPANY (DB); and
18  DOES 1 through X, inclusive,

19          Defendants.
    _____/
20

21          One or more parties having failed to file either a consent or declination to proceed

22  before a United States Magistrate Judge as required by Civil Local Rule 73 and orders of this

23  court, the clerk shall reassign this case to a District Judge.  All scheduled appearances and

24  noticed motion hearings are vacated.

25          SO ORDERED.

26  Dated: March 27, 2012

27                                   _____
                                     HOWARD R. LLOYD
28                                   UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1   5:12-cv-00432-HRL Notice has been electronically mailed to:

2   Charles Kozak     kozak131@attbi.com

3   Charles Scott Greene     scott.greene@bryancave.com

4   Lily Rose Robinton     lily.robinton@bryancave.com, dominic.sims@bryancave.com,
terri.parafina@bryancave.com

5

6   Sean David Muntz     sean.muntz@bryancave.com

7   Counsel are responsible for distributing copies of this document to co-counsel who have not
registered for e-filing under the court's CM/ECF program.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California