CHARLES R. KOZAK, ESQ.
California State Bar No. 141758
1225 Tarleton Way
Reno, Nevada 89523
(775) 622-0711
kozak131@charter.net
Attorney for Plaintiff/Defendant

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/28/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLYSON A. MALEK, 21 MENTONE ROAD TRUST, SAFWAT MALEK,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL BANK, F.A.; (WAMU), J.P. MORGAN CHASE BANK, N.A. (JPM); J.P. MORGAN CHASE & CO. (JPMCC); CHASE HOME FINANCE, LLC (CHF); CALIFORNIA RECONVEYANCE COMPANY (CRC); DEUTSCH BANK NATIONAL TRUST COMPANY (DB); and DOES I through X, inclusive,<br><br>Defendant(s). | Case No. 5:12-cv-00432-EJD<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**COMES NOW**, Plaintiffs, ALLYSON A. MALEK, 21 MENTONE ROAD TRUST & SAFWAT MALEK, by and through their Attorney of Record, CHARLES R. KOZAK, ESQ. and hereby files their Notice of Voluntary Dismissal of their entire Complaint, Without Prejudice, as they are entitled to under FRCP 41(2)(1)(i), as none of the Defendants named in the above-captioned matter have served either an Answer nor Motion for Summary Judgment in this case.

Dated this 27th day of August, 2012.

/s/ Charles R. Kozak
CHARLES R. KOZAK, ESQ.
California State Bar No. 141758
1225 Tarleton Way
Reno, Nevada 89523
(775) 622-0711
kozak131@charter.net
Attorney for Plaintiff/Defendant

IT IS SO ORDERED
The Clerk shall close this file.

Dated: August 28, 2012

_____
United States District Judge

# CERTIFICATE OF SERVICE

I, SANDI DeSILVA, certify that on the 27th day of August, 2012, I caused to be delivered by :

_____    MESSENGER SERVICE

_____    FASCIMILE to the following number:_____

_____    U.S. MAIL

_____    CERTIFIED MAIL, RETURN RECEIPT REQUESTED

_____    FEDERAL EXPRESS or other overnight delivery

A true and correct copy of the within document: **NOTICE OF VOLUNTARY DISMISSAL** Case #CV12-00432, addressed as follows:

BRYAN CAVE LLP
C. SCOTT GREENE, ESQ.
SEAN D. MUNTZ, ESQ.
LILY R. ROBINTON, ESQ.
Two Embarcadero Center, Ste. 1410
San Francisco, California 94111-3907


/s/ Sandi DeSilva
SANDI DeSILVA

XXXX - I hereby certify that on the 27th day of August, 2012, I electronically filed the foregoing with the Clerk of the Court by using the ECF System which will send a Notice of Electronic filing to the above-named partie(s).